**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-6885**

_____

JOHN ERVIN WILSON,

Plaintiff - Appellant,

v.

SERGEANT JOHNSON, Unit Manager,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Richard Mark Gergel, District Judge. (9:18-cv-01316-RMG)

_____

Submitted: January 17, 2020                    Decided: February 20, 2020

_____

Before DIAZ and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

John Ervin Wilson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Ervin Wilson appeals the district court's order accepting the recommendation of the magistrate judge, granting Defendant's motion for summary judgment, and dismissing Wilson's 42 U.S.C. § 1983 (2018) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court, but modify the court's order to reflect dismissal without prejudice. *Wilson v. Johnson*, No. 9:18-cv-01316-RMG (D.S.C. June 10, 2019). We deny Wilson's motions for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*